**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES, et al.,

      Plaintiffs,

  v.

CLEMENTINE RESTAURANT LLC, et al.,

      Defendants
_____/

No. C 09-2973 MMC

**ORDER OF DISMISSAL**

    Plaintiff having advised the Court that the parties have agreed to a settlement of this cause,

    IT IS HEREBY ORDERED that plaintiff's claims alleged herein against defendants be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

    **IT IS SO ORDERED.**

Dated:  March 24, 2010

_____
MAXINE M. CHESNEY
United States District Judge